**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**MICHELE DONALDSON,**
**INDIVIDUALLY AND AS SPECIAL**
**ADMINISTRATRIX OF THE ESTATE**
**OF PHILLIP DONALDSON, DECEASED**                              **PLAINTIFF**

**V.**                              **1:15CV00064 JM**

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA**                              **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on April 12, 2016, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 12th day of April, 2016.

_____
James M. Moody Jr.
United States District Judge